10/01/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Thursday October 23, 2003

2:45 p.m.

CASE NO.   3-01-cv-1407 McKinney v Transportation
-----------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Edward F. Osswalt | Attorney General's Office, 55 Elm St., PO Box 120, Hartford, CT 860-808-5340 |
| W. Martyn Philpot Jr. | Law Offices of W. Martyn Philpot, Jr., LLC, 409 Orange St., New Haven, CT 203-624-4666 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

STATUS CONFERENCE HELD
DATE: 10/23/03

10 min.