10/27/03 Schord

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

Oct 27  11 46 AM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

DAPHNE L. MCKINNEY,

    Plaintiff,

v.

    CIVIL NO.     3:01CV1407 (MRK)

STATE OF CONNECTICUT
DEPARTMENT OF
TRANSPORTATION,

    Defendant.

### ORDER

The parties having conferred with the Court telephonically on September 19, 2003 in the above-captioned case, the following is ordered:

1. A final pre-trial conference will be held on December 3, 2003 at 9:30 A.M.;

2. The parties shall be prepared to select a jury on December 9, 2003. The trial will commence immediately upon the selection of a jury.

IT IS SO ORDERED.

_____
Mark R. Kravitz, U.S.D.J.

Dated at New Haven, Connecticut: October 27, 2003.