**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DAPHNE McKINNEY  *Plaintiff* | : CIVIL ACTION NO.<br>: Docket No. 3:01CV0935(MRK) |
| v. | : |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF TRANSPORTATION<br>*Defendant* | :<br>:<br>: December 1, 2003 |

**MOTION IN LIMINE**

COMES NOW the defendant, State of Connecticut Department of Transportation and moves for an order in limine to prohibit the plaintiff from offering testimony of witnesses relative to their past complaints of discrimination or their opinion as to plaintiff's complaint or circumstances. Plaintiff's proposed witnesses, include, but may not be limited to: Aailayah Mahasin-Blade, Laila Mandour, Ricky Reed, Robert A. Gordon, James Peay, Lisa Tilum, George Payne, Kevin Lynch and Rick Gray. The defendant maintains that such testimony is irrelevant under Rules 401 and 402, lacks sufficient and proper foundation, is incompetent and the prejudicial effect of such testimony to confuse and mislead the jury outweighs its probative value under Rule 403 and represents inadmissible lay opinion testimony under Rule 701.

WHEREFORE, the defendant moves for an order in limine consistent with this motion. A memorandum of law in support of defendant's motion in limine is filed herewith.

DEFENDANT,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Edward F. Osswalt
Assistant Attorney General
Federal Bar No. ct15252
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5385
E-mail: Edward.Osswalt@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing Corrected Motion in Limine was mailed on this 1st day of December, 2003, first class postage prepaid, to:

**W. Martyn Philpot, Jr., Esq.**
**409 Orange Street**
**New Haven, CT 06511-6406**

_____
Edward F. Osswalt
Assistant Attorney General

2