UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| DAPHNE MCKINNEY * | CIVIL NO. 3:01CV01407 (MRK) |
|       Plaintiff * | |
| * | |
| V. * | |
| * | |
| STATE OF CONNECTICUT, * | |
| DEPARTMENT OF * | |
| TRANSPORTATION * | |
|       Defendant * | DECEMBER 3, 2003 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S MOTION IN LIMINE AND OBJECTION

The plaintiff, Daphne McKinney hereby respectfully seeks the preclusion of the matters raised in the accompanying Memorandum of Law for purposes of the trial commencing on the 10th of December 2003. Alternatively, plaintiff hereby objects to defendant's Motion in Limine, dated December 1, 2003 concerning the admissibility of the testimony of plaintiff's African American co-workers. A Memorandum of Law is attached which more fully states plaintiff's position.

PLAINTIFF, DAPHNE MCKINNEY

BY: _____
Law Office of
W. Martyn Philpot, Jr., LLC
409 Orange Street
New Haven, CT 06511
Tel: (203) 624-4666
Federal Bar No. ct05747
Her Attorneys

2

## CERTIFICATION

    I HEREBY CERTIFY that a copy of the foregoing Motion in Limine and Objection was hand-delivered, this date to:

Edward F. Osswalt
Jane B. Emons
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0121

*[signature]*
W. Martyn Philpot, Jr.

employ\mckinney.rsp-obj2