UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*******************************
DAPHNE MCKINNEY              *    CIVIL NO. 3:01CV01407 (MRK)
           Plaintiff         *
                             *
V.                           *
                             *
STATE OF CONNECTICUT,        *
DEPARTMENT OF                *
TRANSPORTATION               *
           Defendant         *    DECEMBER 3, 2003
*******************************

## PLAINTIFF'S MOTION IN LIMINE AND OBJECTION

The plaintiff, Daphne McKinney hereby respectfully seeks the preclusion of the matters raised in the accompanying Memorandum of Law for purposes of the trial commencing on the 10th of December 2003. Alternatively, plaintiff hereby objects to defendant's Motion in Limine, dated December 1, 2003 concerning the admissibility of the testimony of plaintiff's African American co-workers. A Memorandum of Law is attached which more fully states plaintiff's position.

                    PLAINTIFF, DAPHNE MCKINNEY

                    BY: _____
                        Law Office of
                        W. Martyn Philpot, Jr., LLC
                        409 Orange Street
                        New Haven, CT 06511
                        Tel: (203) 624-4666
                        Federal Bar No. ct05747
                        Her Attorneys

2

## CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing Motion in Limine and Objection was hand-delivered, this date to:

Edward F. Osswalt
Jane B. Emons
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0121

_____
W. Martyn Philpot, Jr.

employ\mckinney.rsp-obj2