m℮

TOTAL TIME: ____ hours ____ minutes

HONORABLE _M R Krasitz_   CT/cvmhrg (January 10, 2002)

DEPUTY CLERK _K Ghilardi_   RPTR/ERO/TAPE _R. Redka_

DATE _Dec 3, 2003_   START TIME _10:10_   END TIME _12:30_

_McKinney_

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. _3:01cv1407mRK_

vs.

§
§
§
§
§

_W. Martyn Philpot, Jr._
Plaintiffs Counsel

☑ SEE ATTACHED CALENDAR FOR COUNSE

_Dept. of Transportation_

_Edward F. Osswalt_
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing

☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing

☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION
DOCUMENT NO.

☐ ....#___ Motion _Pre-Trial Conference_   ☐ granted ☐ denied ☐ advisement
☐ ....#___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ....#___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ....#___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ....#___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ....#___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ....#___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .... Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .... Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .... Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ....... ☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____
☐ ....... _____   ☐ filed ☐ docketed
☐ ....... _____   ☐ filed ☐ docketed
☐ ....... _____   ☐ filed ☐ docketed
☐ ....... _____   ☐ filed ☐ docketed
☐ ....... _____   ☐ filed ☐ docketed
☐ ....... _____   ☐ filed ☐ docketed
☐ ....... _____   ☐ filed ☐ docketed
☐ ....... _____   ☐ filed ☐ docketed
☐ ....... _____   ☐ filed ☐ docketed
☐ ........ _____ Hearing continued until _____ at _____