UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

DAPHNE MCKINNEY,
    *Plaintiff,*

: CIVIL NO. 3:01CV1407(MRK)

: U.S DISTRICT COURT
: NEW HAVEN, CONN.

STATE OF CONNECTICUT,
DEPARTMENT OF TRANSPORTATION, :
    *Defendant.*    : December 4, 2003

## APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Please enter my appearance as attorney for the defendants in the above-referenced matter **in addition to** the appearance of Assistant Attorney General Edward F. Osswalt (CT Juris No. 15252), already on file.

**Dated at Hartford, Connecticut this 4th day of December, 2003.**

                      DEFENDANT
                      State of Connecticut,
                      Department of Transportation

                      RICHARD BLUMENTHAL
                      ATTORNEY GENERAL

By: _____
     Jane B. Emons
     Assistant Attorney General
     55 Elm Street
     P.O. Box 120
     Hartford, CT  06141-0120
     Tel:  (860) 808-5340
     Fax: (860) 808-5383
     Federal Bar No. ct16515
     Email:  Jane.Emons@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 4th of December, 2003, to the following:

W. Martyn Philpot, Jr., Esq.
The Law Offices of W. Martyn Philpot, Jr., LLC
409 Orange Street
New Haven, CT 06511-6406
Tel.: (203) 624-4666
Fax: (203) 624-5050

Jane B. Emons
Assistant Attorney General