UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAPHNE MCKINNEY,<br>*Plaintiff,* | : CIVIL ACTION NO. 3:01CV01407(MRK)<br>: |
| V. | : |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF TRANSPORTATION,<br>*Defendant.* | :<br>:<br>: DECEMBER 11, 2003 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to a dismissal with prejudice of the above-captioned matter as to the defendant State of Connecticut, Department of Transportation, without any award of attorney's fees or costs to any party and in accordance with an agreement between the parties.

THE PLAINTIFF
Daphne L. McKinney

Signed this 11th day of December, 2003    BY:    W. Martyn Philpot, Jr., LLC
409 Orange Street
New Haven, CT 06511-6406
Tel: (203) 624-4666
Fax: (203) 624-5050
Federal Bar No. ct05747

DEFENDANT,
STATE OF CONNECTICUT,
DEPARTMENT OF TRANSPORTATION

RICHARD BLUMENTHAL
ATTORNEY GENERAL

Signed this 11th day of December, 2003    BY: _____
Edward F. Osswalt
Assistant Attorney General
Federal Bar No. ct15252
55 Elm Street - P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
E-mail: edward.osswalt@po.state.ct.us

Signed this 11th day of December, 2003    BY: _____
Jane B. Emons
Assistant Attorney General
Federal Bar No. ct16515
55 Elm Street - P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
E-mail: jane.emons@po.state.ct.us