H8

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

DAPHNE MCKINNEY,  : CIVIL ACTION NO. 3:01CV01407(MRK)
*Plaintiff,*  :
  :
V.  :
  :
STATE OF CONNECTICUT,  :
DEPARTMENT OF TRANSPORTATION,  :
*Defendant.*  : DECEMBER 11, 2003

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to a dismissal with prejudice of the above-captioned matter as to the defendant State of Connecticut, Department of Transportation, without any award of attorney's fees or costs to any party and in accordance with an agreement between the parties.

Signed this 11th day of December, 2003      BY:

THE PLAINTIFF
Daphne L. McKinney

W. Martyn Philpot, Jr., LLC
409 Orange Street
New Haven, CT 06511-6406
Tel: (203) 624-4666
Fax: (203) 624-5050
Federal Bar No. ct05747

